(No. 6284—Claimants ▮▮▮▮▮▮

WALTER R. PETERSON, M.D., AND DONALD ROSS, M.D., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed November 13, 1973.*

DR. WALTER R. PETERSON AND DR. DONALD ROSS, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.